**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JOHN DOE,

Plaintiff,

v. CIVIL ACTION NO. 3:25-0743

MARSHALL UNIVERSITY
BOARD OF GOVERNORS,
JESSICA RHODES, in her individual
and official capacities, and
KELLY AMBROSE, in her individual
and official capacities,

Defendants.

**ORDER AND NOTICE**

Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the times by or on which certain events must occur:

09/21/26 Last day for Rule 26(f) meeting.

09/28/26 Last day to file report of Rule 26(f) meeting. See Worksheet for Report of Parties' Planning Meeting, available on the Court's website and at LR Civ P 16.1.

10/13/26 Scheduling/ status conference with the Court and lead counsel at **11:30 a.m.**, unless otherwise directed. Be prepared to discuss the following:

(a) the discovery to be completed and the amount of time necessary for its completion;
(b) the further formulation and simplification of issues, including possible elimination of claims or defenses;
(c) the possibility of entering into stipulations regarding issues for trial;
(d) the possibility of obtaining admissions regarding facts and documents; and
(e) other matters that will assist the parties in reaching a final resolution of this matter.

10/19/26 Entry of scheduling order.

10/26/26 Last day to make FR Civ P 26(a)(1) disclosures.

**NOTICE**

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Worksheet for Report of Parties' Planning Meeting, all of which are available on the Court's website.

The Court **DIRECTS** the Clerk to send a copy of this Order and Notice to counsel of record and any unrepresented parties.

ENTER: August 21, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE